**Dr. Chi–Chien KAO, Dr. Te Hua Liu, Carol C. Snyder and Terry Hummel, Petitioners,**

**v.**

**Scott HALDEMAN, Judith Haldeman and Blaze Enterprises, Inc., Respondents.**

**v.**

**BOROUGH OF LANGHORNE, Respondents.**

Supreme Court of Pennsylvania.

Aug. 26, 1998.

### *ORDER*

PER CURIAM:

**AND NOW,** this 26th day of August, 1998, the Petition for Allowance of Appeal is hereby GRANTED, limited to the issue of wheth-

er an easement holder has any right to enjoin a trespasser from using the easement.